UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADAM SCOTT ASBELL,<br><br>                    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendants. | NO:  2:15-CV-0327-TOR<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

BEFORE THE COURT is a Report and Recommendation issued by Magistrate Judge Rodgers (ECF No. 15), which recommends this Court grant Defendant's Motion for Summary Judgment (ECF No. 13) and deny Plaintiff's Motion for Summary Judgment (ECF No. 12).  The Court has reviewed the Report and Recommendation, the briefing and the record and files herein, and is fully informed.

Pursuant to Federal Rule of Civil Procedure 72, the district court "must determine de novo any part of the magistrate judge's disposition that has been

ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ~ 1

properly objected to" and "may accept, reject, or modify the recommended disposition." Fed. R. Civ. P. 72(b)(3); *see* 28 U.S.C. § 636(b)(1)(C).

No objection to the Report and Recommendation has been filed. Having carefully reviewed the Report and Recommendation, the Court adopts the Report and Recommendation in its entirety.

**ACCORDINGLY, IT IS ORDERED:**

1. The R&R (ECF No. 15) is accepted and Defendant's Motion for Summary Judgment (ECF No. 13) is **GRANTED**.

2. Plaintiff's Motion for Summary Judgment (ECF No. 12) is **DENIED**.

The District Court Executive is directed to enter this Order and Judgment accordingly, provide copies to the parties, and **CLOSE** this case.

**DATED** November 9, 2016.



THOMAS O. RICE
Chief United States District Judge